UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| NAPIER MARINA LLC ) | Civil Action No. |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| MARKEL AMERICAN INSURANCE ) | |
| COMPANY ) | |
| ) | |
| DEFENDANT ) | |

## DEFENDANT MARKEL'S NOTICE OF REMOVAL

*****

Comes the defendant, Markel American Insurance Company ("Markel"), by counsel, and pleads and states as follows:

**I.**

The Plaintiff, Napier Marina LLC, filed a Complaint in Garrard Circuit Court, Kentucky, Civil Action No. 21-CI-00044, against its insurer, Markel, for breach of contract and common law and statutory bad faith.

**II.**

Plaintiff owns and operates Herrington Lake Marina (the "Marina") and claims that the Marina suffered property damage due to windstorm on March 15, 2019. Markel has paid Plaintiff over $600,000 in property damage benefits under a marine business insurance policy, and Plaintiff seeks additional payment under the insurance policy and requests further compensatory and punitive damages for bad faith which Markel denies.

**III.**

This is a civil action, and the amount in controversy, as claimed by Plaintiff, exclusive of interest and costs, exceeds $75,000. In its Complaint, Plaintiff claims that it is entitled to an additional approximate $700,000 in insurance benefits and unspecified compensatory and punitive damages for the alleged bad faith.

**IV.**

This action involves a controversy between citizens of different states, and there is complete diversity of citizenship between Plaintiff and Defendant:

(A)  Plaintiff, Napier Marina LLC, at the time of the commencement of this action, alleges that it is a Kentucky Limited Liability Company which operates the Marina in Garrard County, Kentucky, and is therefore considered a citizen of Kentucky pursuant to 28 U.S.C. §1332(c).

(B)  Defendant, Markel American Insurance Company, is a Virginia insurance company and maintains its principal place of business in the State of Virginia, and therefore is considered a citizen of the State of Virginia pursuant to 28 U.S.C. §1332(c).

**V.**

Based upon the above allegations, this action is one to which the United States District Court is given original jurisdiction under 28 U.S.C. §1332(a)(1).

**VI.**

Based on the above allegations, removal of this action to the United States District Court is proper under 28 U.S.C. §1441.

**VII.**

This Notice of Removal is timely filed in this Court within thirty (30) days after Markel's receipt of Plaintiff's Summons and Complaint. 28 U.S.C. §1446(b).

## VIII.

Written notice of the filing of this Notice of Removal will be given to all adverse parties, as required by law.

## IX.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Garrard Circuit Court, as required by law.

## X.

Filed herewith, and by reference made a part hereof, is a true and correct copy of all process, exhibits, pleadings and orders served upon Defendant and filed by Defendant in this action (attached as Exhibit A).

**WHEREFORE**, this action is properly removed from the Circuit Court of Garrard County, Kentucky, to this Court for all further proceedings.

BOEHL STOPHER & GRAVES, LLP

*/s/ David T. Klapheke*
David T. Klapheke
KBA # 86153
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
dklapheke@bsg-law.com
CO-COUNSEL FOR DEFENDANT
MARKEL AMERICAN INSURANCE
COMPANY

Paul T. Lawless
Bell, Orr, Ayers & Moore, P.S.C.
1010 College Street, P.O. Box 738
Bowling Green, KY  42102-0738
Phone: (270) 781-8111
lawless@boamlaw.com
CO-COUNSEL FOR DEFENDANT
MARKEL AMERICAN INSURANCE
COMPANY

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on April 8, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. It is further certified that a true copy hereof was mailed to the following:

Jeffrey S. Walther, Esq.
Walther, Gay & Mack, PLC
163 E. Main Street, Suite 200
Lexington, KY 40507
COUNSEL FOR PLAINTIFF

                 */s/ David T. Klapheke*
                 David T. Klapheke