

**21-CI-00044**

*NAPIER MARINA LLC VS. MARKEL AMERICAN INSURANCE COMPANY*
**GARRARD CIRCUIT COURT**
Filed on **03/11/2021** as **PROPERTY DAMAGE** with **HON. HUNTER DAUGHERTY**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 21-CI-00044 |
|---|---|

**MARKEL AMERICAN INSURANCE COMPANY** as **DEFENDANT / RESPONDENT**

**Memo**
Registered Agent of Service exists.

**Summons**
**CIVIL SUMMONS** issued on **03/11/2021** by way of **LONG ARM STATUTE - SOS**
*SERVED BY SOS 3-10-21*

**NAPIER MARINA LLC** as **PLAINTIFF / PETITIONER**

**Address**
C/O WALTHER GAY & MACK
163 EAST MAIN STREET, SUITE 200
LEXINGTON KY 40507

**WALTHER, JEFF** as **ATTORNEY FOR PLAINTIFF**

**Address**
WALTHER, GAY & MACK, PLC
163 EAST MAIN STREET, SUITE 200
LEXINGTON KY 40507

**WOOD, JOHN** as **ATTORNEY FOR PLAINTIFF**

**Address**
WALTHER, GAY & MACK PLC
163 EAST MAIN STREET, SUITE 200
LEXINGTON KY 40507

**STURGEON, KATHLEEN A** as **REGISTERED AGENT OF SERVICE**

**Memo**
Related party is MARKEL AMERICAN INSURANCE COMPANY

**Address**
10275 W. HIGGINS ROAD
SUITE 750
ROSEMONT IL 60018

| Documents | 21-CI-00044 |
|---|---|

**COMPLAINT / PETITION** filed on **03/11/2021**

| Images | 21-CI-00044 |
|---|---|

**COMPLAINT / PETITION** filed on **03/11/2021**   *Page(s): 6*

**SUMMONS** filed on **03/11/2021**   *Page(s): 1*

**COURTESY FINANCIAL TRANSACTION REPORT** filed on **03/11/2021**   *Page(s): 1*

**\*\*\*\* End of Case Number : 21-CI-00044 \*\*\*\***

COMMONWEALTH OF KENTUCKY
GARRARD CIRCUIT COURT
CIVIL ACTION NO._____

NAPIER MARINA LLC                                                                                       PLAINTIFF

v.                                            **COMPLAINT**

MARKEL AMERICAN
INSURANCE COMPANY                                                                                   DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

For its Complaint against Defendant Markel American Insurance Company ("Markel"), Plaintiff Napier Marina LLC ("Napier Marina") states as follows:

### PARTIES

1. Napier Marina is a Kentucky Limited Liability Company which owns and operates Herrington Lake Marina ("the Marina") in Garrard County, Kentucky.

2. The sole owner of Napier Marina is Jim Napier ("Napier").

3. Markel is a Virginia corporation authorized to do the business of insurance in the Commonwealth by holding a Kentucky Certificate of Authority.

### FACTS

4. Markel issued a policy of insurance, number 9CD7955-1, to Napier Marina with an effective date from August 4, 2018 through August 4, 2019 ("the Policy") covering the Marina.

5. On March 15, 2019, the Marina suffered significant damage resulting from strong storms and winds in the vicinity.

6. On April 29, 2019, Napier Marina obtained an estimate to repair damage from the March 15, 2019 storm from Ralph Morley ("Morley") of Meeco Sullivan ("Meeco") in the amount of Two Million One Hundred Fifty-Three Thousand Four Hundred Fifty-Seven Dollars and Ninety Cents ($2,153,457.90), and provided the estimate to Markel. Morley has thirty (30) years of

experience in marina construction and repair.

7. On April 30, 2019, Napier Marina made a timely claim upon the Policy for damage suffered as a result of the March 15, 2019 storm.

8. Markel accepted the claim, acknowledged losses resulting from the March 2019 storm were covered under the Policy, and assigned Claim Number M3350 ("the Claim").

9. The maximum covered loss under the Policy is One Million Two Hundred Forty Thousand Dollars ($1,240,000.00).

10. Markel retained Mike Hunter ("Hunter") to assist in its estimate of damages to the Marina and evaluation of the Claim. Hunter has no experience in marina construction or repair.

11. Hunter conducted a site visit to the Marina on May 5, 2019. During the visit, Napier and Hunter discussed Napier's health issues. Napier suffered a stroke on June 5, 2018, and still suffers from significant physical and mental impairment as a result. Hunter shared with Napier that he too had suffered a stroke and that Napier needed to "get over it."

12. Morley left the employment of Meeco on May 24, 2019.

13. Sometime after Hunter became aware that Morley was no longer employed by Meeco, Hunter communicated with other representatives of Meeco, including John Dunham ("Dunham"). Dunham has no experience in steel dock construction or repair.

14. On June 28, 2019, Dunham estimated the cost of repair of the damage to the Marina from the March 15, 2019 storm at Five Hundred Forty-One Thousand Six Hundred Seventy-Six Dollars ($541,676.00).

15. After receiving Dunham's estimate, Napier sought another estimate to repair damage from the March 15, 2019 storm from Mark Otis of Dock and Marina Services ("Otis"). Otis has thirty five (35) years of experience in marina construction and repair.

2

16. On August 12, 2019, Otis estimated the cost of repair at One Million Six Hundred Eighty-Three Thousand Six Hundred Forty-Seven Dollars ($1,683,647.00).

17. Throughout the period between April 30, 2019 and October 8, 2019, Napier, Morley, Hunter, Dunham, Otis, and various representatives of Markel communicated regarding the scope and cost of repairs to the Marina necessitated by the March 15, 2019 storm.

18. By letter dated October 8, 2019, Napier Marina, through counsel, made a demand upon Markel to pay Policy limits based upon the repair estimates submitted by Morley and Otis.

19. On October 21, 2019, the Marina suffered additional damage from a storm and strong winds. This additional damage was caused by lack of or inadequate repairs made to the Marina after the March 15, 2019 storm. Napier Marina was unable to make necessary repairs to the Marina as a result of Markel's failure to pay Napier Marina under the terms of the Policy.

20. By letter dated October 21, 2019, Markel denied Napier Marina's demand for Policy limits, and instead offered Five Hundred Forty-One Thousand Six Hundred Seventy-Six Dollars ($541,676.00), based upon Dunham's estimate. Markel therefore tendered a check in that amount as that portion of the Claim was undisputed.

21. Napier Marina, its counsel, Morley, Hunter, Dunham, Otis, and various representatives of Markel, including its counsel, continued to communicate regarding the Claim through January 2020.

22. As a result of this further review, Markel tendered a second check on February 21, 2020 in the amount of Fifty-Eight Thousand Three Hundred Thirty-One Dollars ($58,331.00) for additional identified and undisputed repair costs.

23. Markel has paid a total of Six Hundred Thousand Seven Dollars ($600,007.00) on the Claim for repair costs, and has refused to make further payment under the Policy.

24. Six Hundred Ninety-Nine Thousand Nine Hundred Ninety-Three Dollars ($699,993.00) remains unpaid on the Claim from applicable Policy limits.

25. From March 15, 2019 to the present, Napier has effected emergency repairs to the Marina at a cost of approximately One Hundred Fifty Thousand Dollars ($150,000.00), in absence of sufficient funds from insurance proceeds to substantially repair the Marina. Napier has performed much of the work himself, despite suffering after-effects from his stroke.

26. In attempting to settle the Claim, Markel has:

   a. Failed to act reasonably promptly upon communications with respect to the Claim;

   b. Failed to adopt and implement reasonable standards for the prompt investigation of the Claim;

   c. Refused to pay the Claim without conducting a reasonable investigation based upon all available information;

   d. Not attempted in good faith to effectuate prompt, fair and equitable settlement of the Claim;

   e. Compelled Napier Marina to institute litigation to recover amounts due under the Policy; and

   f. Attempted to settle the Claim for less than the amount to which a reasonable person would have believed s/he was entitled.

27. Markel is obligated to pay the applicable Policy limits.

28. Markel lacks a reasonable basis in law or fact for denying Napier Marina's claim for Policy limits.

29. Markel knew there was no reasonable basis for denying the claim for Policy limits or acted with reckless disregard for whether such a basis existed.

Filed    21-CI-00044    03/11/2021    Dana Hensley, Garrard Circuit Clerk

30. Napier Marina has suffered actual and consequential damages as a result of Markel's actions described above.

## COUNT I

31. Napier Marina incorporates herein by reference the allegations contained in paragraphs 1-30 above.

32. The actions of Markel described above constitute a breach of the terms of the Policy.

## COUNT II

33. Napier Marina incorporates herein by reference the allegations contained in paragraphs 1-32 above.

34. The actions of Markel described above constitute a violation of the Kentucky Unfair Claims Settlement Practice Act.

## COUNT III

35. Napier Marina incorporates herein by reference the allegations contained in paragraphs 1-34 above.

36. The actions of Markel described above constitute a violation of the Kentucky Consumer Protection Act.

## COUNT IV

37. Napier Marina incorporates herein by reference the allegations contained in paragraphs 1-36 above.

38. The actions of Markel described above constitute bad faith.

**WHEREFORE**, Napier Marina demands judgment against Markel for actual, compensatory, and punitive damages in an amount in excess of the jurisdictional minimum of this Court, a

reasonable fee for their attorney(s), their costs expended herein, and any other relief to which they may appear entitled.

Napier Marina demands a trial by jury on all issues so triable.

                Respectfully Submitted,

                WALTHER, GAY & MACK, PLC

                */s/ Jeffery S. Walther*
                Jeffrey S. Walther, Esq.
                163 East Main Street, Suite 200
                Lexington, Kentucky 40507
                (859) 225-4714- Telephone
                (859) 225-1493-Facsimile
                jwalther@wgmfirm.com
                *Counsel for Plaintiff*



**Commonwealth of Kentucky**
**Dana Hensley, Garrard Circuit Clerk**

| | |
|---|---|
| Case #: **21-CI-00044** | Envelope #: **3270223** |
| Received From: **JEFF WALTHER** | Account Of: **JEFF WALTHER** |
| Case Title: **NAPIER MARINA LLC VS. MARKEL AMERICAN INSURANCE COMPANY** | Confirmation Number: **121940467** |
| Filed On **3/11/2021   3:14:36PM** | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $1.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $12.91 |
| 9 | Money Collected For Others(Secretary of State) | $10.00 |
| 10 | Charges For Services(Copy - Photocopy) | $1.60 |
| 11 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | $316.01 |

Generated: 3/11/2021                                                                                      Page 1 of 1

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **21-CI-00044**<br>Court: **CIRCUIT**<br>County: **GARRARD** |

*Plantiff,* **NAPIER MARINA LLC VS. MARKEL AMERICAN INSURANCE COMPANY**, *Defendant*

TO:  **KATHLEEN A STURGEON**
     **10275 W. HIGGINS ROAD**
     **SUITE 750**
     **ROSEMONT, IL 60018**

Memo: Related party is MARKEL AMERICAN INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**MARKEL AMERICAN INSURANCE COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                                 /s/ Dana Hensley, Garrard
                                                 Circuit Clerk
                                                Date: **3/11/2021**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

                                                                        Served By
                                                                        Title

Summons ID: @00000057932
CIRCUIT: 21-CI-00044 Long Arm Statute – Secretary of State
NAPIER MARINA LLC VS. MARKEL AMERICAN INSURANCE COMPANY



Page 1 of 1

