UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| NAPIER MARINA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5:21-cv-00093-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MARKEL AMERICAN INSURANCE COMPANY, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Parties' Joint Motion to Stay and Refer for Settlement Conference [R. 9.]  On April 12, 2021, this Court filed an Order for Meeting and Report [R. 5.] In response, Parties indicate that this matter is approaching settlement and request that the matter be stayed and referred to Magistrate Judge Matthew A. Stinnett to facilitate settlement.  [R. 9.]  Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Parties' Joint Motion to Stay and Refer [R. 9] is **GRANTED**;

2. This matter shall be **HELD IN ABEYANCE** until the Parties have participated in a court-sponsored settlement conference and taken other necessary steps towards settlement; and

3. All deadlines and filing requirements are suspended including the requirement to exchange Fed. R. Civ. P. 26(a)(1) disclosures and file a proposed joint litigation plan as required under [R. 5.];

4. This matter is **REFERRED** to Magistrate Judge Matthew A. Stinnett to schedule and conduct a court-sponsored settlement conference.

This the 21st day of April, 2021.

*Gregory F. Van Tatenhove*
United States District Judge